**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JOHN EDWARD PARKER,**

            **Plaintiff,**

**v.**                                                      **CASE NO.  4:13-cv-519-MW/CAS**

**CRYSTAL ALDAY, et al.,**

            **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

　　　This Court has considered the Magistrate's Report and Recommendation,

ECF No. 18, filed April 28, 2014.     Upon consideration, no objections having

been filed by Plaintiff,

　　　IT IS ORDERED:

　　　The report and recommendation is **accepted and adopted** as this Court's

opinion.

　　　The Clerk shall enter judgment stating, "Plaintiff's third amended complaint,

ECF No. 17, is **DISMISSED** for failure to state a claim upon which relief may be

granted pursuant to 28 U.S.C. §1915(e)(2).  The Clerk shall note on the docket

1

lines this cause is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii)."  The Clerk shall close the file.

     **SO ORDERED on May 27, 2014.**

<u>**s/Mark E. Walker**</u>          
**United States District Judge**